AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.
NELSON OCHOA )
) Case No. SA-19-CR-370-(17)-XR
)
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NELSON OCHOA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)- Conspiracy to Possess with Intent to Distribute 500 grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine; 21 USC 846, 841(a)(1) & 841(b)(1) Conspiracy to Possess with Intent to Distribute 1 kilogram or More of a Mixture or Substance Containing a Detectable Amount of Heroin 21 U.S.C. §§ 841(a)(1) 841(b)(1)(B) & 18 U.S.C. § 2 -Possession with Intent to Distribute 100 grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin and Aiding and Abetting; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)- Possession with Intent to Distribute 100 grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin; 10· 21 U.S.C. 841(a)(1) 841(b)(1)(C) & 18 U.S.C. §-2 -Possession with Intent to Distribute a Mixture or

Date: 05/15/2019

*Issuing officer's signature*

City and state: San Antonio, Texas

Rosanne M. Garza, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____