**SEALED**

FILED

MAY 1 6 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

    v.

**INDICTMENT**

SA19CR0370 XR



**CLARISELA BERMEA (5),**
    also known as "Mom,"
**ANTHONY VALDEZ (6),**
    also known as "Colonel,"
**JUAN FLORES (7),**
    also known as "Big Homie,"

**LUIS MARQUEZ (10),**

**DANIEL RODRIGUEZ (13),**

**NELSON OCHOA (17),**

**ADAM RODRIGUEZ (21),**
    also known as "Messy,"

**COUNT 1:** Title 21, U.S.C. §§ 846, 841(a)(1) & 841(b)(1): Conspiracy to Possess with intent to Distribute (Methamphetamine)

**COUNT 2:** Title 21, U.S.C. §§ 846, 841(a)(1) & 841(b)(1): Conspiracy to Possess with intent to Distribute (Heroin)

**COUNTS 3, 6, 8, and 10:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(C), 18 U.S.C. § 2: Possession with intent to Distribute (Heroin), and Aiding and Abetting

**COUNTS 4, 5, 11, and 19:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(B), 18 U.S.C. § 2: Possession with intent to Distribute (Heroin), and Aiding and Abetting

**COUNTS 7, 9, 12, 15, 20, 21:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(A), 18 U.S.C. § 2: Possession with intent to Distribute (Methamphetamine), and Aiding and Abetting

**COUNTS 13, 16, and 18:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(A), 18 U.S.C. § 2: Possession with intent to Distribute (Heroin), and Aiding and Abetting

**COUNT 14:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(C), 18 U.S.C. § 2: Possession with intent to Distribute (Methamphetamine), and Aiding and Abetting

**COUNT 17:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(A), 18 U.S.C. § 2: Possession with intent to Distribute (Fentanyl), and Aiding and Abetting

1



**JUAN SILVAS (24),**
    also known as "Big Time,"
**ASHLEY GARZA (25),**

**ERICA LEE ZUNIGA (31),**

            **Defendants.**

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
**[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)]**

Beginning on or about May 2018, the exact date unknown, and continuing until the date of

this indictment, in the Western District of Texas, Defendants,



**CLARISELA BERMEA (5),**
    also known as "Mom,"
**ANTHONY VALDEZ (6),**
    also known as "Colonel,"
**JUAN FLORES (7),**

2

**NELSON OCHOA (17,**



**ADAM RODRIGUEZ (21),**
**also known as "Messy,"**

**JUAN SILVAS (24),**
**also known as "Big Time,"**
**ASHLEY GARZA (25),**

knowingly and intentionally conspired, combined, confederated, and agreed together, and with

each other, and with others, to commit the following offenses against the United States: to

distribute a controlled substance, which offense involved methamphetamine, a Schedule II

Controlled Substance, in violation of Title 21, United States Code Sections 841(a)(1) and

841(b)(1).

### QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing a detectable amount of

methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each

Defendant's own conduct and as a result of the conduct of other conspirators reasonably

foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
|---|---|
| █████████ | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| █████████ | 50 grams or more of methamphetamine |
| █████████ | 50 grams or more of methamphetamine |

3

| | |
|---|---|
| ████████ | 50 grams or more of methamphetamine |
| **CLARISELA BERMEA (5)** | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| **ANTHONY VALDEZ (6)** | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| ████████ | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| ████████ | a mixture or substance containing a detectable amount of methamphetamine |
| ████████ | 50 grams of methamphetamine |
| ████████ | a mixture or substance containing a detectable amount of methamphetamine |
| ████████ | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| **NELSON OCHOA (17)** | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| ████████ | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| ████████ | 50 grams or more of methamphetamine |
| **ADAM RODRIGUEZ (21)** | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| ████████ | a mixture or substance containing a detectable amount of methamphetamine |
| ████████ | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| **JUAN SILVAS (24)** | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |

| ASHLEY GARZA (25) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| --- | --- |
| ███████████ | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| ███████████ | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| ███████████ | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### [21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)]

Beginning on or about May 2018, the exact date unknown, and continuing until the date of

this indictment, in the Western District of Texas, Defendants,



**CLARISELA BERMEA (5),**
**also known as "Mom,"**
**ANTHONY VALDEZ (6),**
**also known as "Colonel,"**
**JUAN FLORES (7),**
**also known as "Big Homie,"**

**LUIS MARQUEZ (10),**

**DANIEL RODRIGUEZ (13),**

5



**ERICA LEE ZUNIGA (31),**

knowingly and intentionally conspired, combined, confederated, and agreed together, and with

each other, and with others, to commit the following offenses against the United States: to

distribute a controlled substance, which offense involved heroin, a Schedule I Controlled

Substance, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1).

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing a detectable amount of heroin involved

in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct

and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as

follows:

| DEFENDANT | QUANTITY |
|---|---|
| ████████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ████████████ | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| ████████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ████████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |

| | |
|---|---|
| **CLARISELA BERMEA (5)** | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| **ANTHONY VALDEZ (6)** | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| **JUAN FLORES (7)** | a mixture or substance containing a detectable amount of heroin |
| ███████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| **LUIS MARQUEZ (10)** | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| **DANIEL RODRIGUEZ (13)** | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | a mixture or substance containing a detectable amount of heroin |
| ███████████ | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ███████████ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |

| ████████████ | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
|---|---|
| ERICA ZUNIGA (31) | 100 grams or more of a mixture or substance containing a detectable amount of heroin |

All in violation of Title 21, United States Code, Section 846.

## COUNT THREE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about May 31, 2018, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense a mixture or substance containing a detectable amount of heroin, a schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT FOUR
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about July 19, 2018, in the Western District of Texas, Defendants,



**LUIS MARQUEZ (10),**
**and**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

## COUNT FIVE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

That on or about July 31, 2018, in the Western District of Texas, Defendants,



did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SIX
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about September 24, 2018, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT SEVEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about November 30, 2018, in the Western District of Texas, Defendants,

9



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2.

## COUNT EIGHT
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about November 30, 2018, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT NINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about January 16, 2019, in the Western District of Texas, Defendants,





aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2.

## COUNT TEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about January 16, 2019, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT ELEVEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about February 6, 2019, in the Western District of Texas, Defendants,



**CLARISELA BERMEA (5),**
**also known as "Mom,"**



**DANIEL RODRIGUEZ (13),**

**ERICA LEE ZUNIGA (31),**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the

intent to distribute, a controlled substance, which offense involved 100 grams or more of a mixture

or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

### COUNT TWELVE
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]**

That on or about February 15, 2019, in the Western District of Texas, Defendants,

**CLARISELA BERMEA (5),**
**also known as "Mom,"**
**JUAN SILVAS (24),**
**also known as "Big Time,"**
**ASHLEY GARZA (25),**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the

intent to distribute, a controlled substance, which offense involved 500 grams or more of a mixture

or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its

isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2.

### COUNT THIRTEEN
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]**

That on or about February 19, 2019, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the

intent to distribute, a controlled substance, which offense involved 1 kilogram or more of a mixture

or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

### COUNT FOURTEEN
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]**

That on or about February 19, 2019, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the

intent to distribute, a controlled substance, which offense involved a mixture or substance

containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a

Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(A)(1)(C) and 18 U.S.C. § 2.

## COUNT FIFTEEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about February 19, 2019, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the

intent to distribute, a controlled substance, which offense involved 50 grams or more of

methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

## COUNT SIXTEEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about February 19, 2019, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the

intent to distribute, a controlled substance, which offense involved 1 kilogram or more of a mixture

or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

## COUNT SEVENTEEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about February 19, 2019, in the Western District of Texas, Defendants,

14



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 400 grams or more of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

## COUNT EIGHTEEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about February 23, 2019, in the Western District of Texas, Defendants,



**CLARISELA BERMEA (5),**
**also known as "Mom,"**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

## COUNT NINETEEN
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about March 6, 2019, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(B) and 18 U.S.C. § 2.

## COUNT TWENTY
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about March 6, 2019, in the Western District of Texas, Defendants,



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

## COUNT TWENTY-ONE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about April 9, 2019, in the Western District of Texas, Defendants,



**NELSON OCHOA (17),**
**and**

16

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.


A TRUE BILL

FOREPERSON OF THE GRAND JURY


JOHN F. BASH
UNITED STATES ATTORNEY

BY:

ADRIÁN ROSALES
Assistant United States Attorney


17