FID:10885830

AO 442 (Rev. 11/11) Arrest Warrant

~~ORIGINAL~~                                            ~~FILED~~

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

JUL 2 3 2025

. CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
| v. | ) | Case No.    SA:19-CR-370-XR (17) |
| Nelson Ochoa | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

U.S. MARSHALS
**RECEIVED**

AUG 2 9 2024

**SAN ANTONIO, TX**
**ENFORCEMENT SECTION**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Nelson Ochoa_____ ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ❑ Complaint

❑ Probation Violation Petition    ☑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

PB-12C  VIOLATIONS OF SUPERVISED RELEASE:  (SEE ATTACHED PETITION)

Date:     08/29/2024                                   _____
                                                       *Issuing officer's signature*

City and state:    San Antonio, Texas                  W. Garcia, U.S. Deputy Clerk
                                                       *Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 8/29/2024 , and the person was arrested on *(date)* 7/23/2025 at *(city and state)* DALLAS TX . |
| Date: 7/23/2025                      _____ Arresting officer's signature |
|                                       J. UGADE, DUSM  *Printed name and title* |